**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT OF NEW YORK**

| | |
|---|---|
| PLATINUM-MONTAUR LIFE SCIENCES LLC,<br><br>        Plaintiff<br><br>v.<br><br>NAVIDEA BIOPHARMACEUTICALS, INC.,<br><br>        Defendants. | Docket No.:<br><br>NOTICE OF REMOVAL OF DEFENDANT NAVIDEA BIOPHARMACEUTICALS, INC. |

PLEASE TAKE NOTICE that Defendant Navidea Biopharmaceuticals, Inc. ("Navidea") hereby removes this action from the Supreme Court of the State of New York for the County of New York to this United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §§ 1441 and 1446 for the reasons set forth below.

1.  On or about November 21, 2017, Navidea was served with a copy of the Complaint, dated November 2, 2017, in a civil action brought in the Supreme Court of the State of New York, County of New York captioned *Platinum-Montaur Life Sciences, LLC v. Navidea Biopharmaceuticals, Inc.*, Index No. 656710/2017. A true and correct copy of the Verified Complaint and Exhibits 1-12 thereto, Proof of Service, and Summons is attached hereto as **Exhibit A**.

2.  Plaintiff has alleged that it served Navidea on or about November 6, 2017 through the Delaware Secretary of State.

3.  In its Complaint filed with the New York Supreme Plaintiff alleges that it is a Delaware Limited Liability Company.

4.  For purposes of diversity jurisdiction, a Limited Liability Company takes on the citizenship of its members.

5. Plaintiff has included documents attached to its Complaint that demonstrate that its members consist of Platinum Partners Value Arbitrage Fund, L.P., a Cayman Islands Limited Partnership, Mark Mueller and Michael Goldberg.

6. Upon information and belief Michael Goldberg is a resident of New Jersey.

7. Upon information and belief Mark Mueller is a resident of New Jersey.

8. Defendant Navidea is and was at all relevant times a Delaware corporation, with a principal place of business in Ohio.

9. Plaintiff is seeking recovery in excess of $75,000, exclusive of interests and costs. It its Complaint, Plaintiff alleges that Defendant is liable to it in the amount of $1,914,827.22.

10. This Court has now, and had when the action was commenced, original diversity jurisdiction under 28 U.S.C. § 1332(a), as there is compete diversity of citizenship between the Plaintiff and the Defendant and the amount in controversy exceeds $75,000, exclusive of interests and costs.

WHEREFORE, this action continues to be hereby removed from the Supreme Court of New York, New York County, to the United States District Court for the Southern District of New York.

Dated: December 6, 2017

/s/ Barry M. Kazan
Barry M. Kazan
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, NY 10017
(212) 908-3921
Fax: (212) 344-6101
barry.kazan@thompsonhine.com

*Attorneys for Defendant
Navidea Biopharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this date the foregoing was served by depositing a true copy of the same in a properly addressed postage-prepaid wrapper by First-Class Mail, in the exclusive care and custody of the United States Postal Service to:

Robert J. Burns
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY  10019
(212) 513-3200

*Attorneys for Plaintiff*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

      /s/ Barry M. Kazan
*Attorney for Defendant Navidea Biopharmaceuticals, Inc.*

Dated: December 6, 2017